United States District Court
Southern District of Texas

**ENTERED**

May 02, 2019

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFTON ANDREWS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-0240 |
| | § | |
| CHARLES JENKINS AND SWIFT | § | |
| TRANSPORTATION COMPANY | § | JURY REQUESTED |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the "Stipulation of Dismissal of Defendants," filed on May 1, 2019 by Plaintiff, CLIFTON ANDREWS. Pursuant to the joint representations made in this pleading, it is hereby ORDERED that all causes of action asserted by Plaintiff, CLIFTON ANDREWS, Individually, against Defendants, CHARLES JENKINS AND SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, in this civil action be and hereby are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all attorney fees and costs of suit incurred by the parties be paid by the party incurring same.

Entered this ___2nd___ day of May, 2019

_____
UNITED STATES DISTRICT JUDGE

616432.1 PLD 0011310 16778 RDO